**Order entered November 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00227-CR

**CASME ALFONSO VELAZQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F14-56517-J**

## ORDER

The Court **DENIES** appellant's November 18, 2015 pro se motion for appointment of new counsel.

We **GRANT** the motion to extend time to file a response to the *Anders* brief. Appellant's pro se response is due by **JANUARY 4, 2016**. No further extensions will be granted. If the pro se response is not filed by the date specified, the appeal will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send copies of this order to Casme Alfonso Velazquez, No. 14039534, Dallas County Jail, P.O. Box 660334, Dallas, Texas 75226-0334, and to all counsel.

/s/     ADA BROWN
          JUSTICE